Commonwealth *v.* Quick, Appellant.

Submitted December 10, 1969. *Charles J. Weyandt,* for appellant; *Charles C. Brown, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.